# Archer&Greiner P.C.
## ATTORNEYS AT LAW

**Joel G. MacMull**
*Member of New York Bar*
jmacmull@archerlaw.com
201-498-8518 Direct
201-342-6611 Direct Fax

44 Wall Street, 12th Floor
Suite 1285
New York, NY 10005
212-292-4998 Main
212-461-2223 Fax
**www.archerlaw.com**

August 10, 2015

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Ferguson v. Ferrante et al.*
       <u>Case No. 13-cv-4468</u>

Dear Judge Caproni:

  This office represents defendants/counterclaim plaintiffs ("defendants") in the above-referenced matter. We write now pursuant to the Court's May 27, 2015 order (Dkt. No. 98) and Chambers' recent communications with our office.

  Pursuant to the foregoing order, attached hereto is an unredacted copy of Exhibit L to the Declaration of Joel MacMull previously filed under seal on October 14, 2014. (Dkt. No. 59-12.)

  Defendants apologize for the oversight in complying with the Court's earlier order.

          Respectfully submitted,
          ARCHER & GREINER
          A Professional Corporation

          Joel G. MacMull

cc: All Counsel of Record (*via ECF*)