Plaintiff's Application for Legal Fees and Costs

# EXHIBIT A

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    13323

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 11/7/2013 | Telephone conference with court and opposing counsel (R Coleman) re defendants' summary judgment motion, review file in preparation for same, and draft email to client re results of same. | RLR | $395.00 | 1.1hrs | $434.50 |
| 11/20/2013 | Draft and review emails with opposing counsel (R Coleman) re scheduling, and confer by telephone with client (D Ferguson) re same. | RLR | $395.00 | 0.5hrs | $197.50 |
| 11/25/2013 | Review client memo re counterclaims, and draft reply to counterclaims. | RLR | $395.00 | 3.7hrs | $1,461.50 |

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| | Computer Research | | | $206.57 |
| 11/4/2013 | Federal Express/ UPS | | FedEx | $9.02 |
| 11/19/2013 | Travel Expenses | | Randall L. Rasey | $27.00 |
| | | | Total Disbursements | $242.59 |

# Barton LLP
420 Lexington Avenue
New York, NY 10170
Phone: 212.687.6262
Fax: 212.687.3667
Email: davaro@bartonesq.com
Web Page: www.bartonesq.com

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID        880

Billing Attorney   REB

Bill Number        13583

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 12/4/2013 | Draft pre-motion conference letter to court re our anticipated motion to dismiss counterclaims, and review pleadings re same; telephone conference with court clerk re same | RLR | $395.00 | 3.2hrs | $1,264.00 |
| 12/16/2013 | Review court rules re prerequisites to Initial Conference; draft proposed joint letter to court and case management plan per court rules, and draft and review emails with opposing counsel re same. | RLR | $395.00 | 1.6hrs | $632.00 |
| 12/17/2013 | Revise and edit status letter to court and proposed discovery schedule, and draft and review emails with opposing counsel (J MacMull) re same; draft and review emails with client re same. | RLR | $395.00 | 1.2hrs | $474.00 |
| 12/17/2013 | Transcribe Civil Plan dates as per request of Randy Rasey | JG | $125.00 | 0.5hrs | $62.50 |
| 12/20/2013 | Appear in court for Initial Conference and to discuss anticipated motion to dismiss; review papers in preparation for same; revise and edit reply to counterclaims. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 12/23/2013 | Review client comments to reply to counterclaims, and revise and edit reply; review materials for purposes of Initial Disclosures. | RLR | $395.00 | 2.5hrs | $987.50 |
| 12/27/2013 | Draft Rule 26(a)(1) initial disclosures, and research internet and review file documents re same; revise, edit, and finalize reply to counterclaims. | RLR | $395.00 | 3.5hrs | $1,382.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number     13583

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 12/30/2013 | Revise and edit Rule 26(a)(1) Initial Disclosures, research internet resources re same, and draft and review emails with client re same. | RLR | $395.00 | 2.5hrs | $987.50 |

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| | Computer Research | | | $360.57 |
| | | | Total Disbursements | $360.57 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID     880

Billing Attorney   REB

Bill Number     14222

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 2/3/2014 | Telephone conference with client (D Ferguson) re case status and strategy, and discovery issues; review client materials in followup to conference call. | RLR | $395.00 | 2.0hrs | $790.00 |
| 2/5/2014 | Draft discovery responses, and review demands and pleadings re same; draft and review emails with client. | RLR | $395.00 | 3.2hrs | $1,264.00 |
| 2/7/2014 | Draft joint letter to court re discovery dispute, and review settlement agreement and pleadings re same. | RLR | $395.00 | 3.5hrs | $1,382.50 |
| 2/10/2014 | Revise and edit draft joint letter to court re discovery dispute, and draft cover email to opposing counsel re same; review client documents for discovery, and draft and review emails with client re same. | RLR | $395.00 | 3.8hrs | $1,501.00 |
| 2/11/2014 | Review client documents for discovery. | RLR | $395.00 | 1.5hrs | $592.50 |
| 2/13/2014 | Draft and review emails with opposing counsel re discovery matters; draft and review emails with client re same; draft discovery responses, and review file and client documents re same. | RLR | $395.00 | 4.8hrs | $1,896.00 |
| 2/24/2014 | Draft and review emails with opposing counsel (J MacMull), and with client, re discovery issues; review defendants' revisions to draft confidentiality order; review case law cited in defendants' revisions to draft joint letter to court re discovery schedule, and research additional case law re same. | RLR | $395.00 | 3.5hrs | $1,382.50 |

# Barton LLP
**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number    14222

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 2/25/2014 | Telephone conferences with court and with opposing counsel (J MacMull); review file in preparation for same; review defendants' supplemental initial disclosures; review, revise, and edit draft joint discovery letter and confidentiality order. | RLR | $395.00 | 1.4hrs | $553.00 |
| 2 27 2014 | Revise and edit responses to defendants' discovery demands, and review pleadings and prior agreements re same; review client documents for production, and draft and review emails with client re same. | RLR | $395.00 | 3.7hrs | $1,461.50 |
| 2/28/2014 | Telephone conferences with opposing counsel (B Farkus) re discovery and scheduling. | RLR | $395.00 | 0.3hrs | $118.50 |

Total Fees    $10,941.50

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
|  | Computer Research |  |  | $58.03 |
| 12/31/2013 | Document Production |  | PACER Service Center | $8.60 |

Total Disbursements    $66.63

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 3/1/2014 | Revise and edit proposed confidentiality and protective order, and review prior agreements re same; draft and review emails with client re discovery issues; revise and edit joint letter to court re discovery dispute, and review file and case law re same. | RLR | $395.00 | 4.8hrs | $1,896.00 |
| 3/3/2014 | Revise, edit, and finalize for service responses to defendants' discovery demands; draft deposition notice; review client documents for production. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 3/4/2014 | Review confidentiality agreement and protective order revised by opposing counsel; telephone conference with opposing counsel (B Farkas) re same and various discovery issues. | RLR | $395.00 | 1.3hrs | $513.50 |
| 3/5/2014 | Review defendants' initial document production and written discovery responses. | RLR | $395.00 | 0.8hrs | $316.00 |
| 3/5/2014 | Call with Judge Marrero's clerk, Michael Noveck re: protective order. Drafting transmittal letters to judgement clerk and Judge Marrero. Preparing protective order to be filed. Serving copies of file stamped protective order and courtesy copy transmittal letter on defendants' counsel. | KH | $275.00 | 1.9hrs | $522.50 |
| 3/6/2014 | Review and redact client documents for production, and send links to same to client for review; draft and review emails with client re case status and issues; telephone conference with J Marrero's clerk re case transfer to J. Caproni; review J Caproni's individual practice rules; draft email to opposing counsel re pre-motion letter and what to do moving forward under | RLR | $395.00 | 3.7hrs | $1,461.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID        880

Billing Attorney    REB

Bill Number        14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| | J Caproni's rules. | | | | |
| 3/7/2014 | Review client documents for production, and confer with support staff re same; review Bates stamped documents prior to production, and draft and review emails with client re same; telephone conference with opposing counsel (B Farkas). | RLR | $395.00 | 4.1hrs | $1,619.50 |
| 3/9/2014 | Draft letter to new judge re discovery dispute, and review client documents re same. | RLR | $395.00 | 1.5hrs | $592.50 |
| 3/11/2014 | Review defendants' document production. | RLR | $395.00 | 0.5hrs | $197.50 |
| 3/12/2014 | Draft and review emails with opposing counsel re document productions and confidentiality designations; review defendants' document production; draft letter to court re discovery dispute, arguing for disclosure of escrowed emails, and review case law re same. | RLR | $395.00 | 4.5hrs | $1,777.50 |
| 3/13/2014 | Review re-produced documents from defendants; revise and edit letter to court re discovery dispute; draft email to opposing counsel proposing redacted version of same; confer with K Hsu re same. | RLR | $395.00 | 3.4hrs | $1,343.00 |
| 3/13/2014 | Reviewing and revising letter to Judge Caproni re: discovery dispute. Meeting with R.Rasey re: letter to Judge Caproni. | KH | $275.00 | 1.3hrs | $357.50 |
| 3/17/2014 | Telephone conference with S Catlett; review defendants' document production; telephone conference with client. | RLR | $395.00 | 2.1hrs | $829.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID   880

Billing Attorney  REB

Bill Number   14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 3/18/2014 | Prepare redacted version of pre-motion letter, draft and review emails with opposing counsel re same; draft letter to court requesting permission to file redacted copy, confer by telephone with opposing counsel re same, and research case law for same; review emails with client (D Ferguson) re document review. | RLR | $395.00 | 3.6hrs | $1,422.00 |
| 3/18/2014 | Call with Transperfect re: database for document production. Reviewing document production. Reviewing letter from defendant's counsel re: request for supplemental responses. | KH | $275.00 | 0.9hrs | $247.50 |
| 3/18/2014 | Electronically file Pre-Motion Letter to Judge Carproni as per request of Randy Rasey | JG | $125.00 | 0.4hrs | $50.00 |
| 3/19/2014 | Review discovery correspondence from defendants' counsel, review our discovery responses re same, outline response to letter, and confer by telephone with defendants' counsel and K Hsu re same; telephone conference with court and opposing counsel re scheduling telephone conference re our pre-motion letter; draft email memorandum to opposing counsel addressing their objections to our discovery demands, and review defendants' discovery responses re same; research case law re relevant discovery issues, and confer with K Hsu re his research re same. | RLR | $395.00 | 4.4hrs | $1,738.00 |
| 3/19/2014 | Call with R.Rasey, judge's chambers and opposing counsel re: discovery dispute. Call with R.Rasey and opposing counsel re: opposing counsel's discovery letter. | KH | $275.00 | 2.7hrs | $742.50 |

# Barton LLP
**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 3/20/2014 | Telephone conference with Court, opposing counsel (J MacMull), K Hsu re our pre-motion discovery letter, review documents in preparation for same, and discuss with K Hsu; review client documents for production, and draft and review emails with client re same; Skype conference with client re case status. | RLR | $395.00 | 4.5hrs | $1,777.50 |
| 3/20/2014 | Conference call with R.Rasey, Judge Caproni and opposing counsel re: overview of case, letter on redaction and discovery dispute. Meeting with R.Rasey re: status of the case. | KH | $275.00 | 1.4hrs | $385.00 |
| 3/21/2014 | Review client documents for privilege log, and confer with K Hsu re same; review defendants' pre-motion letter re discovery; draft and review emails with opposing counsel re discovery; review client documents for production. | RLR | $395.00 | 3.3hrs | $1,303.50 |
| 3/21/2014 | Confirming law re: marital privilege in NY and UK. REviewing privilege emails and drafting privilege log. | KH | $275.00 | 4.9hrs | $1,347.50 |
| 3/22/2014 | Draft letter to court responding to defendants' pre-motion letter re discovery, and review file and case law re same. | RLR | $395.00 | 5.5hrs | $2,172.50 |
| 3/22/2014 | Reviewing privilege emails and drafting privilege log. | KH | $275.00 | 5.0hrs | $1,375.00 |
| 3/23/2014 | Reviewing privilege emails and drafting privilege log. | KH | $275.00 | 4.7hrs | $1,292.50 |
| 3/24/2014 | Draft letter to court responding to defendants' pre-motion letter re discovery, and review file and case law re same; draft and review emails with opposing counsel; review documents for privilege, with K Hsu. | RLR | $395.00 | 4.6hrs | $1,817.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID        880

Billing Attorney     REB

Bill Number        14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 3/24/2014 | Reviewing privilege emails and drafting privilege log. Meeting with R.Rasey on privilege emails. | KH | $275.00 | 8.1hrs | $2,227.50 |
| 3/25/2014 | Draft, revise, and finalize letter to court responding to defendants' pre-motion letter re discovery, and review file re same; review documents for privilege with K Hsu; revise and edit privilege log; review documents culled from initial privilege determinations and prepare for production; draft and review emails with S Catlett re deposition scheduling, and draft and review emails with TransPerfect re same; draft emails to opposing counsel re privilege log status and forwarding supplemental document production. | RLR | $395.00 | 8.1hrs | $3,199.50 |
| 3/25/2014 | Meeting with R.Rasey re: privilege documents. Revising privilege log. Reviewing letter response to opposing counsel's pre motion discovery dispute letter. Filing response letter. | KH | $275.00 | 3.5hrs | $962.50 |
| 3/25/2014 | Redact E-Mails as per request of Kelvin Hsu | JG | $125.00 | 0.5hrs | $62.50 |
| 3/26/2014 | Unzip and review client documents from Aurora email archive, draft emails to client re same; review law on UK's legal advice privilege's applicability to chartered accountant; draft and review emails with opposing counsel re discovery; draft subpoena and deposition notice. | RLR | $395.00 | 5.3hrs | $2,093.50 |
| 3/27/2014 | Review client documents from Aurora email archive; draft and review emails with opposing counsel re deposition and discovery; draft response to opposing counsel's letter re defendants' discovery objections, and review prior correspondence and file re same. | RLR | $395.00 | 3.2hrs | $1,264.00 |

# Barton LLP
**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID      880

Billing Attorney   REB

Bill Number        14440

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 3/27/2014 | Prepare documents and bates stamp for document production | EW | $125.00 | 2.0hrs | $250.00 |
| 3/28/2014 | Review archive of Aurora emails; prepare outline for client exam; review documents for production and draft cover letter to opposing counsel re same. | RLR | $395.00 | 5.1hrs | $2,014.50 |
| 3/31/2014 | Meet with client (D Ferguson); telephone conference with court re discovery dispute, and review file in preparation for same. | RLR | $395.00 | 3.7hrs | $1,461.50 |

Total Fees   $41,857.00

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| | Computer Research | | | $68.89 |
| 3/13/2014 | Document Production | | Transperfect Document Management, Inc. | $1,166.03 |
| 3/10/2014 | Federal Express/ UPS | | FedEx | $9.66 |
| 3/21/2014 | Federal Express/ UPS | | FedEx | $9.66 |

Total Disbursements   $1,254.24

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number     14716

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 4/2/2014 | Confer with support staff, outside vendor re document processing for discovery, and telephone conferences re same. | RLR | $395.00 | 0.5hrs | $197.50 |
| 4/2/2014 | Drafting and filing notice of appearance | KH | $275.00 | 0.2hrs | $55.00 |
| 4/4/2014 | Review Court order re our objections to defendants' discovery demands. | RLR | $395.00 | 0.4hrs | $158.00 |
| 4/4/2014 | Reviewing Defendants' original document production. Reviewing Defendant's supplemental document production. Drafting transmittal letter to Douglas Ferguson. | KH | $275.00 | 3.6hrs | $990.00 |
| 4/7/2014 | Review court order re rescheduling status conference and joint status letter requirement, review court rules re contents of status letter, and draft email to K Hsu re same. | RLR | $395.00 | 0.3hrs | $118.50 |
| 4/7/2014 | Drafting memo to D. Ferguson re: discovery order, document requests and interrogatories. Revising transmittal letter to D.Ferguson re: Defendant's supplemental document production. Sending back up of the archived Aurora emails to Defendants' counsel. | KH | $275.00 | 3.1hrs | $852.50 |
| 4/8/2014 | Telephone conference with potential computer forensics expert, and draft and review emails with same; draft email to client re same; review and draft emails with opposing counsel re discovery issues. | RLR | $395.00 | 0.5hrs | $197.50 |
| 4/8/2014 | Drafting Joint Status Letter. | KH | $275.00 | 5.4hrs | $1,485.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID     880

Billing Attorney   REB

Bill Number     14716

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 4/9/2014 | Review emails from client re forensics issues and case status, and draft responses to same. | RLR | $395.00 | 0.5hrs | $197.50 |
| 4/9/2014 | Revising Joint Status Letter. Uploading D's Supplemental Document Production per request from D. Ferguson. | KH | $275.00 | 2.0hrs | $550.00 |
| 4/10/2014 | Draft email to client re additional discovery requirements per court's order, review file re same, and telephone conference with client re same; draft and review emails with potential expert (K Citeralla) re budget proposal. | RLR | $395.00 | 1.7hrs | $671.50 |
| 4/10/2014 | Reviewing Ds supplemental document production to discern organization. Email to B.Farkas requesting information on how the document production was organized. | KH | $275.00 | 1.4hrs | $385.00 |
| 4/11/2014 | Telephone conference with client, potential expert (K Citarella) re expert work and budget; review information and analysis from client. | RLR | $395.00 | 0.5hrs | $197.50 |
| 4/11/2014 | Drafting transmittal letter to Doug Ferguson. Preparing and sending USB flash drive with copy of escrowed Aurora emails. | KH | $275.00 | 0.5hrs | $137.50 |
| 4/14/2014 | Draft email memo to opposing counsel re outstanding discovery issues, review file re same, and review and draft response re same; review engagement agreement from Guidepost Solutions, and draft email re same. | RLR | $395.00 | 2.2hrs | $869.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director                                        Client ID     880
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street                                       Billing Attorney   REB
London, UK
EC1N 7SU

                                                         Bill Number       14716

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 4/15/2014 | Revise and edit joint status letter to court; review client documents for production; telephone conference with client re case status and issues, and draft and review emails re same; draft and review emails with opposing counsel re discovery issues; review revised engagement letter from Guidepost Solutions. | RLR | $395.00 | 3.7hrs | $1,461.50 |
| 4/16/2014 | Telephone conference with opposing counsel (J MacMull) and K Hsu re outstanding discovery issues, and draft follow-up email re same; review client documents for production; review emails from client. | RLR | $395.00 | 2.2hrs | $869.00 |
| 4/16/2014 | Call with R.Rasey and J. MacMull re: discovery issues | KH | $275.00 | 0.7hrs | $192.50 |
| 4/16/2014 | Discuss and arrange for Bates stamping of discovery documents as per request of Randy Rasey | JG | $125.00 | 0.2hrs | $25.00 |
| 4/17/2014 | Review and redact client documents for production; telephone conference with opposing counsel (B Farkas) re objection to forensics expert; telephone conference with Guidepost Solutions (K Citarella) re past work with Aurora, and draft and review emails re same; research case law re conflict objections to expert witnesses; review email from opposing counsel (J MacMull) to Accuvant, and draft response to same. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 4/18/2014 | Telephone conference with client re case status; draft and review emails with Accuvant counsel; review documents for litigation issues; review Bates stamped documents prior to production, and draft cover letter to opposing counsel for same. | RLR | $395.00 | 4.1hrs | $1,619.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY  10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director                                    Client ID          880
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street                                    Billing Attorney    REB
London, UK
EC1N 7SU

                                                          Bill Number          14716

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 4/21/2014 | Review defendants' second set of document demands, and outline responses to same; draft and review emails with forensics experts (Guidepost Solutions); review client evidence summary and documents cited. | RLR | $395.00 | 5.6hrs | $2,212.00 |
| 4/22/2014 | Draft and review emails with opposing counsel re discovery issues; draft and review emails with client re same; review defendants' document production. | RLR | $395.00 | 1.5hrs | $592.50 |
| _0.7_ 4/23/2014 | Telephone conference with client; review Accuvant document production; draft responses to defendants' second set of document requests; draft and review emails with opposing counsel re scheduling expert inspection of DVD; review legal research re waiver of privilege; review client's summary of IP and draft outline of same. | RLR | $395.00 | 5.1hrs | $2,014.50 |
| 4/23/2014 | Confirming law re: inadvertent disclosures and waiver of privilege.  Filing Accuvant document production and forwarding copies to Doug Ferguson. | KH | $275.00 | 4.7hrs | $1,292.50 |
| 4/24/2014 | Revise and edit joint status letter, and draft and review emails with opposing counsel re same. | RLR | $395.00 | 1.2hrs | $474.00 |
| 4/25/2014 | Draft supplemental interrogatory responses, and review client materials and document production re same; draft and review emails with opposing counsel re discovery. | RLR | $395.00 | 4.2hrs | $1,659.00 |
| 4/28/2014 | Draft and review emails re scheduling inspection of DVD. | RLR | $395.00 | 0.2hrs | $79.00 |

                                                          Total Fees    $20,777.50

# Barton LLP

420 Lexington Avenue
New York, NY 10170
Phone: 212.687.6262
Fax: 212.687.3667
Email: davaro@bartonesq.com
Web Page: www.bartonesq.com

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID   880

Billing Attorney  REB

Bill Number   14716

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| | Computer Research | | | $930.83 |
| 3/31/2014 | Document Production | | Transperfect Document Management, Inc. | $1,603.68 |
| 4/11/2014 | Document Production | 16g USB Drive | | $21.59 |
| 4/14/2014 | Document Production | | Transperfect Document Management, Inc. | $1,644.79 |
| 4/7/2014 | Federal Express/ UPS | | FedEx | $46.42 |
| 4/7/2014 | Federal Express/ UPS | | FedEx | $9.42 |
| 4/10/2014 | Federal Express/ UPS | | FedEx | $12.25 |
| 4/10/2014 | Federal Express/ UPS | | FedEx | $12.25 |
| 4/22/2014 | Federal Express/ UPS | | FedEx | $9.66 |
| 4/22/2014 | Federal Express/ UPS | | FedEx | $36.25 |
| 4/22/2014 | Federal Express/ UPS | | FedEx | $36.25 |
| 4/7/2014 | General Case Costs | USB Drives | Randall L. Rasey | $33.74 |
| 4/7/2014 | Case Supplies | USB | Randall L. Rasey | $33.74 |
| 4/7/2014 | Travel Expenses | | Randall L. Rasey | $27.00 |
| 4/7/2014 | Travel Expenses | | Randall L. Rasey | $28.00 |
| 4/7/2014 | Travel Expenses | | Randall L. Rasey | $26.00 |
| 4/7/2014 | Travel Expenses | | Randall L. Rasey | $27.00 |
| 4/7/2014 | Travel Expenses | | Randall L. Rasey | $30.00 |
| | | | Total Disbursements | $4,568.87 |

# Barton LLP
**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID     880

Billing Attorney    REB

Bill Number     14959

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 5/1/2014 | Review documents in preparation for court status conference; telephone conference with opposing counsel (B Farkas) re discovery issues, and exchange emails re same; telephone conference with client re discovery issues. | RLR | $395.00 | 1.2hrs | $474.00 |
| 5/2/2014 | Appear with K Hsu for court status conference at SDNY; draft email to client re same; confer with K Hsu re drafting supplemental interrogatory responses. | RLR | $395.00 | 1.1hrs | $434.50 |
| 5/2/2014 | Drafting response to interrogatories 16 and 17. Confirming law re: trade secrets standard for New York. | KH | $275.00 | 6.2hrs | $1,705.00 |
| 5/2/2014 | Not Billable per R.Rasey - Attending status conference at Judge Caproni's courtroom, SDNY, with R.Rasey and opposing counsel. | KH | $275.00 | 1.2hrs | N.C. |
| 5/5/2014 | Drafting supplemental response to interrogatories 16 and 17 re: trade secrets. | KH | $275.00 | 1.0hrs | $275.00 |
| 5/6/2014 | NO CHARGE: Telephone conference with client re ▉▉▉▉▉. | RLR | $395.00 | 1.0hrs | N.C. |
| 5/6/2014 | Draft and review emails with opposing counsel re discovery issues; draft and review emails with client re same; review and edit draft interrogatory responses; telephone conference with forensics expert (K Citerella) re DVD inspection. | RLR | $395.00 | 1.5hrs | $592.50 |
| 5/6/2014 | Coordinating the deletion of privileged emails from Defendants' supplemental document production. | KH | $275.00 | 0.3hrs | $82.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number     14959

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 5/6/2014 | Discuss with Kelvin Hsu and remove privileged documents from defendant's supplemental production as per request of Kelvin Hsu | JG | $125.00 | 0.5hrs | $62.50 |
| 5/7/2014 | Telephone conference with Guidepost Solutions (J Hagan) re DVD inspection, review documents in preparation for same; review client document for production. | RLR | $395.00 | 0.3hrs | $118.50 |
| 5/8/2014 | Attend our forensic expert's inspection of DVD at opposing counsel's offices; draft email to client re same; telephone conference with client re same; revise and edit supplemental interrogatory responses, and review documents re same. | RLR | $395.00 | 3.8hrs | $1,501.00 |
| 5/13/2014 | Review client documents for supplemental discovery responses, and edit and format exhibits for same. | RLR | $395.00 | 2.5hrs | $987.50 |
| 5/14/2014 | Revise, edit, and finalize supplemental discovery responses, and confer with K Hsu re same; Bates stamp client document for production to defendants' counsel; draft and review emails with defendants' counsel re discovery issues, and with client. | RLR | $395.00 | 1.4hrs | $553.00 |
| 5/14/2014 | Preparing exhibits to Plaintiff's Supplemental Responses for delivery to Defendants' counsel. Drafting transmittal letter to Defendants' counsel. Reviewing Defendants' privilege log. | KH | $275.00 | 2.6hrs | $715.00 |
| 5/15/2014 | Draft and review emails with defendants' counsel re discovery issues; review defendants' privilege log for problems to raise with their counsel. | RLR | $395.00 | 0.4hrs | $158.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID        880

Billing Attorney   REB

Bill Number        14959

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 5/19/2014 | Draft and review emails with defendants' counsel re outstanding discovery issues; review case law re marital privilege and draft email to defendants' counsel questioning privilege designations. | RLR | $395.00 | 1.3hrs | $513.50 |
| 5/20/2014 | Review letter from opposing counsel re discovery, and draft response to same; telephone conferences with client re discovery issues and litigation strategy; review client materials, and revise supplemental interrogatory responses; draft and review emails with S Catlett re deposition scheduling. | RLR | $395.00 | 4.7hrs | $1,856.50 |
| 5/21/2014 | Draft and review emails with S Catlett re deposition, and forward deposition subpoena; revise, edit, and finalize revised supplemental discovery responses, and draft and review emails with client, and with opposing counsel, re same. | RLR | $395.00 | 3.3hrs | $1,303.50 |
| 5/21/2014 | Preparing and finalizing exhibits to Plaintiff's Revised Supplemental Responses. | KH | $275.00 | 1.7hrs | $467.50 |
| 5/21/2014 | Correspond with Transperfect re Dallas deposition and book court reporter for deposition as per request of Randy Rasey | JG | $125.00 | 0.3hrs | $37.50 |
| 5/23/2014 | Review defendants' supplemental document production received today, and confer with K Hsu re same. | RLR | $395.00 | 0.9hrs | $355.50 |
| 5/23/2014 | Analyzing attorneys' eyes only designations and reviewing updated privilege log. | KH | $275.00 | 3.0hrs | $825.00 |
| 5/27/2014 | Draft outline for deposition of S Catlett, and review file and notes re same. | RLR | $395.00 | 3.3hrs | $1,303.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    14959

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 5/28/2014 | Review documents and draft outline for deposition of Sean Catlett; travel from New York to Dallas. | RLR | $395.00 | 7.1hrs | $2,804.50 |
| 5/28/2014 | Reviewing, finalizing and serving Plaintiff's response to Defendants' second document demands. | KH | $275.00 | 0.7hrs | $192.50 |
| 5/29/2014 | Appear and conduct deposition of Sean Catlett in Dallas, and meet beforehand with him to prepare for same. | RLR | $395.00 | 3.5hrs | $1,382.50 |
| 5/29/2014 | NO CHARGE: Travel from Dallas to New York. | RLR | $395.00 | 6.0hrs | N.C. |
| 5/30/2014 | Review and analyze McAfee document production produced in response to defendants' subpoena, and draft and review emails with client, and with defendants' counsel, re same; telephone conference with defendants' counsel (J MacMull) re discovery issues, and review file in preparation for same. | RLR | $395.00 | 2.4hrs | $948.00 |

|  |  |  | Total Fees | $19,649.00 |
|--|--|--|------------|------------|

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
|  | Computer Research |  |  | $77.69 |
| 4/28/2014 | Federal Express/ UPS |  | FedEx | $12.25 |
| 5/21/2014 | Federal Express/ UPS |  | FedEx | $14.78 |
| 5/30/2014 | Travel Expenses |  | Randall L. Rasey | $1,371.61 |
|  |  |  | Total Disbursements | $1,476.33 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

| | |
|---|---|
| Client ID | 880 |
| Billing Attorney | REB |
| Bill Number | 16308 |

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 9/3/2014 | Confirming law re: releases and contract interpretation. | KH | $275.00 | 4.5hrs | $1,237.50 |
| 9/4/2014 | Review document productions and cull documents relevant to summary judgment and trial issues; outline evidence summaries; draft letter to opposing counsel re basis for summary judgment on counterclaims. | RLR | $395.00 | 6.8hrs | $2,686.00 |
| 9/4/2014 | Confirming law re: releases. Drafting argument re: Settlement Agreement did not release Ferrante as an individual. | KH | $275.00 | 7.2hrs | $1,980.00 |
| 9/5/2014 | Review client documents re trial and summary judgment issues; draft email to client with questions re same; revise and edit pre-summary judgment motion letter to opposing counsel. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 9/5/2014 | Drafting argument re: Settlement Agreement did not release Ferrante as an individual. | KH | $275.00 | 6.8hrs | N.C. |
| 9/8/2014 | Review client documents for discovery, and draft responses to discovery demands; telephone conference with client re same; review document production for preparation for summary judgment motion. | RLR | $395.00 | 4.3hrs | $1,698.50 |
| 9/8/2014 | Drafting argument for summary judgment re: settlement agreement and release provision | KH | $275.00 | 1.2hrs | $330.00 |

# Barton LLP
### 420 Lexington Avenue
### New York, NY 10170
### Phone: 212.687.6262
### Fax: 212.687.3667
### Email: davaro@bartonesq.com
### Web Page: www.bartonesq.com

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID     880

Billing Attorney   REB

Bill Number     16308

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 9/9/2014 | Draft discovery responses for non-party S Delisle; revise and edit plaintiff's discovery responses; review documents re same; telephone conference with client, and draft and review emails with client; draft email to S Delisle; revise, edit, and finalize pre-motion letter to defendants' counsel; review documents in preparation for summary judgment motion. | RLR | $395.00 | 5.4hrs | $2,133.00 |
| 9/10/2014 | Review S Delisle's comments to his draft responses to defendants' discovery demands, and revise and edit same; draft and review emails with client re discovery responses; revise, edit, and finalize plaintiff's discovery responses; confer with K Hsu re our motion for summary judgment. | RLR | $395.00 | 2.1hrs | $829.50 |
| 9/10/2014 | Meeting with R.Rasey re: draft argument. Revising draft argument. | KH | $275.00 | 3.7hrs | N.C. |
| 9/11/2014 | Revise and edit plaintiff's responses to defendants' third discovery demands, and draft email to opposing counsel forwarding same. | RLR | $395.00 | 0.6hrs | $237.00 |
| 9/11/2014 | Revising draft argument re: settlement agreement and release provision. | KH | $275.00 | 1.4hrs | N.C. |
| 9/12/2014 | Revising argument re: settlement agreement and release provision | KH | $275.00 | 3.1hrs | N.C. |
| 9/15/2014 | Draft outline for summary judgment motion, and review file and case law re same. | RLR | $395.00 | 2.1hrs | $829.50 |
| 9/16/2014 | Revise and edit Stephan Delisle's discovery responses, per his comments; review file for summary judgment issues. | RLR | $395.00 | 2.3hrs | $908.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number    16308

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|-----------|------|-------|--------|
| 9/17/2014 | Review discovery materials. | RLR | $395.00 | 0.6hrs | $237.00 |
| 9/18/2014 | Finalize and serve S Delisle's discovery responses. | RLR | $395.00 | 0.3hrs | $118.50 |
| 9/19/2014 | Draft response to defendants' counsel's email objecting to plaintiff's and S Delisle's responses to discovery demands regarding spoliation, and review responses and file re same; draft email to client (D Ferguson) re same. | RLR | $395.00 | 3.9hrs | $1,540.50 |
| 9/22/2014 | Outline issues and arguments for summary judgment motion, and review transcripts and document production re same; revise and edit email to opposing counsel re plaintiff's objections to defendants' supplemental discovery demands to plaintiff and Stephan Delisle. | RLR | $395.00 | 6.1hrs | $2,409.50 |
| 9/22/2014 | Reviewing discovery dispute emails. | KH | $275.00 | 0.2hrs | $55.00 |
| 9/23/2014 | Review document productions and materials in preparation for summary judgment motion, and draft outline for same; telephone conference with S Delisle re discovery responses. | RLR | $395.00 | 5.5hrs | $2,172.50 |
| 9/24/2014 | Review McAfee document production and outline same, in preparation for drafting summary judgment motion; draft outline for summary judgment arguments, and review case law re same. | RLR | $395.00 | 5.5hrs | $2,172.50 |
| 9/24/2014 | Reviewing and analyzing document productions for documents re: alternative means of sending passwords and for settlement spreadsheet discussions. | KH | $275.00 | 4.3hrs | $1,182.50 |

5.0

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID     880

Billing Attorney    REB

Bill Number      16308

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 9/25/2014 | Review document productions and materials in preparation for summary judgment motion. | RLR | $395.00 | 1.7hrs | $671.50 |
| 9/25/2014 | Meeting with R.Rasey re: summary judgment motion preparations. Extracting PST file. | KH | $275.00 | 0.5hrs | $137.50 |
| 9/26/2014 | Review document productions and materials in preparation for summary judgment motion, and draft timeline of settlement negotiations re same; analyze revisions of key terms in draft settlement agreements; telephone conference with opposing counsel (B Farkas) and K Hsu re discovery issues, and confer with K Hsu re same; draft and review emails with client re HTC phone spoliation issue, and review documents forwarded by client re same. | RLR | $395.00 | 7.1hrs | $2,804.50 |
| 9/26/2014 | Conference call with R.Rasey and B.Farkas re: discovery disputes on spoliation issue. | KH | $275.00 | 0.7hrs | $192.50 |
| 9/29/2014 | Review and redact client documents for production; draft statement of facts for summary judgment motion, and review file re same. | RLR | $395.00 | 3.8hrs | $1,501.00 |
| 9/29/2014 | Reviewing and analyzing communications between Ferguson and McAfee. Analyzing documents that show Ferguson's entitlement to payment. | KH | $275.00 | 3.0hrs | $825.00 |
| 9/30/2014 | Draft summary judgment motion papers, and review case law and file re same. | RLR | $395.00 | 3.9hrs | $1,540.50 |

Total Fees    $31,654.50

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID          880

Billing Attorney   REB

Bill Number        16308

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| | Computer Research | | | $288.57 |
| 9/8/2014 | Deposition Fee | | Transperfect Document Management, Inc. | $460.00 |
| 9/30/2014 | General Case Costs | Lunch with Expert Serge Jorgensen | Randall L. Rasey | $13.55 |
| | | | Total Disbursements | $762.12 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID        880

Billing Attorney    REB

Bill Number        16476

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 10/1/2014 | Review documents in preparation for Court status conference; review litigation file re case status and posture going forward, and review letter from opposing counsel; draft email to client re case status, and confer by telephone re same. | RLR | $395.00 | 1.6hrs | $632.00 |
| 10/1/2014 | Meeting with R.Rasey re: status conference and summary judgment motion. | KH | $275.00 | 0.3hrs | $82.50 |
| 10/2/2014 | Appear for court conference with K Hsu; Draft summary judgment motion papers, and review case law and file re same. | RLR | $395.00 | 6.1hrs | $2,409.50 |
| 10/2/2014 | Status conference with Judge Caproni. Meeting with R.Rasey re: strategy for summary judgment motion. | KH | $275.00 | 2.1hrs | $577.50 |
| 10/3/2014 | Draft summary judgment motion papers, and review case law and file re same. | RLR | $395.00 | 4.4hrs | $1,738.00 |
| 10/4/2014 | Draft supplemental and amended discovery response, review file re same, and confer by telephone with client re same; review documents and prepare for production in discovery. | RLR | $395.00 | 1.7hrs | $671.50 |
| 10/6/2014 | Draft papers in support of summary judgment motion, and review file and case law re same; finalize plaintiff's supplemental discovery responses, and serve same on opposing counsel; revise and edit proposed stipulation of dismissal of certain claims, and draft cover email explaining same to opposing counsel. | RLR | $395.00 | 6.1hrs | $2,409.50 |

*handwritten: 4.0 next to 10/2/2014 entry*

*handwritten: 2.0 next to 10/6/2014 entry*

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number    16476

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 10/6/2014 | Drafting argument for summary judgment on defendants' fourth counterclaim. Confirming law re: fraudulent inducement. | KH | $275.00 | 4.7hrs | $1,292.50 |
| 10/7/2014 | Draft papers in support of summary judgment motion, and review file and case law re same; telephone conference with opposing counsel (B Farkas) re withdrawal of claims. | RLR | $395.00 | 6.1hrs | $2,409.50 |
| 10/7/2014 | Drafting argument for summary judgment on defendants' fourth counterclaim for fraudulent inducement. | KH | $275.00 | 3.0hrs | $825.00 |
| 10/8/2014 | Draft brief in support of summary judgment motion, and review file and case law re same; confer with K Hsu re same; review and edit portions drafted by K Hsu. | RLR | $395.00 | 7.1hrs | $2,804.50 |
| 10/8/2014 | Confirming law re: summary judgment standard for contract disputes. Drafting summary judgment standard with a focus on contract interpretation. Meeting with R.Rasey re: duty of loyalty argument. Confirming law re: duty of loyalty for independent contractors. Outlining argument for summary judgment on fifth counterclaim. | KH | $275.00 | 6.3hrs | $1,732.50 |
| 10/9/2014 | Draft brief in support of summary judgment motion, and review file and case law re same; revise and edit client declaration in support of summary judgment, review document production re same, and draft cover email to client re same; review and edit legal argument drafted by K Hsu. | RLR | $395.00 | 6.1hrs | $2,409.50 |

5.5

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number    16476

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 10/9/2014 | Confirming law re: independent contractors. Outlining argument for summary judgment on fifth counterclaim. | KH | $275.00 | 3.7hrs | $1,017.50 |
| 10/9/2014 | Electronically file stipulation of voluntary dismissal and email same to Court | JG | $125.00 | 1.1hrs | $137.50 |
| 10/10/2014 | Revise and edit client declaration for summary judgment, to include facts for declaratory judgment claim; draft brief in support of summary judgment motion, and review case law re same. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 10/10/2014 | Drafting summary judgment argument for counterclaim 5. | KH | $275.00 | 2.7hrs | $742.50 |
| 10/12/2014 | Revise and edit client declaration for summary judgment motion; review files and emails re same, and telephone conference with client re same. | RLR | $395.00 | 2.1hrs | $829.50 |
| 10/13/2014 | Draft papers for summary judgment motion, and review file and case law re same. | RLR | $395.00 | 8.1hrs | $3,199.50 |
| 10/13/2014 | Drafting and revising joint letter request to Judge Caproni re: redaction request. Confirming law re: presumption of access to judicial documents. Correspondence with B.Farkas re: comments to joint letter. Finalizing Douglas Ferguson declaration. | KH | $275.00 | 7.2hrs | $1,980.00 |
| 10/14/2014 | Draft, revise, edit, and finalize summary judgment motion papers, review additional case law, and confer with K Hsu re editing, filing, and service of same. | RLR | $395.00 | 9.2hrs | $3,634.00 |
| 10/14/2014 | Finalizing Declaration of R.Rasey. Reviewing and revising Rule 56.1 Statement and Brief. Filing and serving summary judgment motion papers. | KH | $275.00 | 6.8hrs | $1,870.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    16476

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 10/15/2014 | Review defendants' summary judgment motion papers, and outline responses to same; draft and review emails with client re cross-motions; review court order requiring briefing of joint request to file under seal, and review filed documents re same; draft email to and confer by telephone with client re same. | RLR | $395.00 | 4.4hrs | $1,738.00 |
| 10/15/2014 | Refiling joint request to redact. Analyzing defendants' summary judgment papers. | KH | $275.00 | 3.2hrs | $880.00 |
| 10/16/2014 | Draft response to defendants' Rule 56.1 statement, and review file re same; confer with K Hsu re opposition to defendants' summary judgment motion. | RLR | $395.00 | 7.8hrs | $3,081.00 |
| 10/16/2014 | Analyzing Defendants' summary judgment papers. Meeting with R.Rasey re: strategy for opposition papers and for brief in support of redactions. | KH | $275.00 | 2.8hrs | $770.00 |
| 10/17/2014 | Draft summary judgment opposition argument re spoliation, and review case law and discovery re same; draft statement of facts for brief in opposition to summary judgment, and review papers and file re same. | RLR | $395.00 | 7.6hrs | $3,002.00 |
| 10/17/2014 | Drafting Brief re: redaction of trade secrets. | KH | $275.00 | 5.7hrs | $1,567.50 |
| 10/20/2014 | Draft papers in opposition to defendants' summary judgment motion, and review file and case law re same. | RLR | $395.00 | 3.1hrs | $1,224.50 |
| 10/20/2014 | Drafting Brief re: redactions of trade secrets. Email to D.Ferguson requesting trade secret information. | KH | $275.00 | 4.0hrs | $1,100.00 |
| 10/21/2014 | Draft summary judgment opposition brief. | RLR | $395.00 | 3.2hrs | $1,264.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

| | Client ID | 880 |
|---|---|---|
| | Billing Attorney | REB |

| | | Bill Number | 16476 |

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/2014 | Draft papers in opposition to defendants' summary judgment motion, and review file and case law re same. | RLR | $395.00 | 5.0hrs | $1,975.00 |
| 10/23/2014 | Draft papers in opposition to defendants' summary judgment motion, and review file and case law re same. | RLR | $395.00 | 5.5hrs | $2,172.50 |
| 10/24/2014 | Draft papers in opposition to defendants' summary judgment motion, and review file and case law re same. | RLR | $395.00 | 4.9hrs | $1,935.50 |
| 10/25/2014 | Revise and edit papers in opposition to defendants' summary judgment motion. | RLR | $395.00 | 2.2hrs | $869.00 |
| 10/28/2014 | Revise and edit brief and client declaration in opposition to summary judgment; Skype conference with client (D Ferguson), K Hsu re request to file under seal; confer with K Hsu re projects going forward. | RLR | $395.00 | 2.1hrs | $829.50 |
| 10/28/2014 | Conference call with Douglas Ferguson and R.Rasey re: redactions to Exhibit 13. Drafting letter to defendants' counsel re: proposed agreement and stipulation. Confirming law re: enforceability of restrictive covenants absent confidential information. | KH | $275.00 | 3.7hrs | $1,017.50 |
| 10/29/2014 | Review correspondence from opposing counsel to court re filing under seal, and draft follow-up email to court re same; review and edit letter to opposing counsel re declaratory judgment claim; revise and edit papers for opposition to summary judgment motion. | RLR | $395.00 | 1.3hrs | $513.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney    REB

Bill Number    16476

| Date | Narrative | Timekeeper | Rate | Hours | Amount |
|------|-----------|------------|------|-------|--------|
| 10/29/2014 | Revising and sending letter to defendants' counsel re: proposed agreement and stipulation. Meeting with R.Rasey re: response to email from B.Farkas re: proposed agreement. Responding to email from B.Farkas. | KH | $275.00 | 1.0hrs | $275.00 |
| 10/30/2014 | Revise and edit papers opposing defendants' summary judgment motion to incorporate recent correspondence with defendants' counsel; telephone conference with client (D Ferguson) re case status. | RLR | $395.00 | 1.6hrs | $632.00 |
| 10/30/2014 | Telephone conferences with damages expert (C Vallen) and client (R Shemtov); review expert materials, and draft and revise examination outlines for trial; draft papers in opposition to defendants' motions in limine, and review file re same; confer with K Hsu re trial preparation. | RLR | $395.00 | 8.8hrs | $3,476.00 |
| 10/30/2014 | Drafting brief in support of redactions. | KH | $275.00 | 1.8hrs | $495.00 |
| 10/31/2014 | Review, revise, and edit papers in opposition to defendants' summary judgment motion, and prepare exhibits for same. | RLR | $395.00 | 1.2hrs | $474.00 |
| 10/31/2014 | Drafting brief in support of redactions. | KH | $275.00 | 6.5hrs | $1,787.50 |
| 10/31/2014 | Assist K. Hsu in redaction of Confidential Exhibits in support for summary judgment. | CRM | $95.00 | 2.3hrs | $218.50 |

|  |  |  | Total Fees | $65,926.50 |
|---|---|---|---|---|

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
|  | Computer Research |  |  | $303.32 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Phone: 212.687.6262**
**Fax: 212.687.3667**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**

Douglas Ferguson

Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street
London, UK
EC1N 7SU

Client ID    880

Billing Attorney   REB

Bill Number    16476

| Date | Cost Code | Narrative | Payee | Amount |
|------|-----------|-----------|-------|--------|
| 10/22/2014 | Federal Express/ UPS | | FedEx | $17.21 |
| 10/31/2014 | Travel Expenses | | Randall L. Rasey | $58.00 |
| | | | Total Disbursements | $378.53 |

# Barton LLP

### 420 Lexington Avenue
### New York, NY 10170
### Email: davaro@bartonesq.com
### Web Page: www.bartonesq.com
#### Telephone: (212) 687-6262
#### Facsimile: (212) 687-3667

Douglas Ferguson
Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street

August 10, 2015

Client ID 880-001 REB
Invoice No. 20031

### Statement for period through July 31, 2015

**Legal Services Regarding:**       Settlement Agreement

**Fees**

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/15 | Draft mediation statement, and review file re same. | RLR | 2.80 | $495.00 | $1,386.00 |
| 07/09/15 | Draft mediation statement, and review file re same. | RLR | 6.40 | $495.00 | $3,168.00 |
| 07/10/15 | Revise and edit mediation statement, and gather and review documents for mediation session. | RLR | 1.40 | $495.00 | $693.00 |
| | Review confidential pre-mediation statement to send to Judge Francis prior to mediation conference | WK | 1.20 | $295.00 | $354.00 |
| 07/13/15 | Meet with client (D Ferguson) to prepare for mediation and trial, and review file in preparation for same. | RLR | 4.40 | $495.00 | $2,178.00 |
| | Meeting with D. Ferguson and R. Rasey to prepare for mediation conference | WK | 3.00 | $295.00 | $885.00 |
| 07/14/15 | Attend mediation session at SDNY with client (D Ferguson), W Kang; meet with D Ferguson to prepare for trial testimony; review deposition transcripts re same. | RLR | 5.50 | $495.00 | $2,722.50 |
| | Travel to/from SDNY for settlement conference before Judge Francis; appear at settlement conference before Judge Francis; office meeting with R. Rasey and D. Ferguson re: trial and settlement conference; Review Ferrante deposition transcript | WK | 7.70 | $295.00 | $2,271.50 |
| 07/15/15 | Revise and edit supplemental initial disclosure, and review internet sources re same; meet with client (D Ferguson) for trial preparation; review documents for trial preparation. | RLR | 5.80 | $495.00 | $2,871.00 |
| | Add Matthew Chung to Amended Initial Disclosures | WK | 0.20 | $295.00 | $59.00 |
| 07/16/15 | Review client materials for production; review third-party productions of invoices, and create spreadsheet of same for damages purposes. | RLR | 2.60 | $495.00 | $1,287.00 |
| 07/17/15 | Draft and review emails with opposing counsel re discovery issues, and review case law re same. | RLR | 0.40 | $495.00 | $198.00 |

# Barton LLP

### 420 Lexington Avenue
### New York, NY 10170
### Email: davaro@bartonesq.com
### Web Page: www.bartonesq.com
Telephone: (212) 687-6262
Facsimile: (212) 687-3667


Douglas Ferguson                                                                  August 10, 2015

**Fees**

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/15 | Meeting with R. Rasey re: late discovery issue and review cases cited in Coleman's email re: late discovery and preclusion of evidence; Review Pharos invoices and create spreadsheet that converts revenue from USD and Euros to GBP | WK | 4.80 | $295.00 | $1,416.00 |
| 07/20/15 | Call with Joel MacMull and R. Rasey re: late disclosures; Input costs of services and expenses for Pharos invoices into spreadsheet and calculate revenue from clients | WK | 2.60 | $295.00 | $767.00 |
| 07/21/15 | Draft motion in limine to exclude defendants' damages claims, and review case law and file re same. | RLR | 5.50 | $495.00 | $2,722.50 |
| | Input costs of services and expenses for Aurora invoices into spreadsheet and calculate revenue from Accuvant and McAfee to analyze Aurora's claimed damages of projected revenues from Accuvant and McAfee | WK | 0.40 | $295.00 | $118.00 |
| 07/22/15 | Draft motion in limine, and review case law and file re same. | RLR | 3.60 | $495.00 | $1,782.00 |
| | Review D. Ferguson production documents related to Barclays compensation and Pharos tax information to determine our damages claim | WK | 3.60 | $295.00 | $1,062.00 |
| 07/23/15 | Telephone conference with R Barton, W Kang re damages computations; revise and edit motion in limine. | RLR | 3.30 | $495.00 | $1,633.50 |
| | Call with R. Barton and R. Rasey re: Ferguson damages, motions in limine; Review D. Ferguson production documents related to Barclays compensation and Pharos tax information to determine damages; Revise motion in limine; create table of contents and table of authorities for memo of law; draft R. Rasey declaration in support of motion in limine | WK | 6.40 | $295.00 | $1,888.00 |
| 07/24/15 | Revise motion in limine; create table of contents and table of authorities for memo of law; draft R. Rasey declaration in support of motion in limine; Review D. Ferguson production documents related to Barclays compensation and Pharos tax information to determine damages; Call with J. MacMull and Judge Caproni's clerk re: teleconference with Judge Caproni re: late discovery; Prepare for teleconference with Judge Caproni; Teleconference with Judge Caproni, J. MacMull and R. Coleman re: late discovery; Prepare second supplemental initial disclosure with updated damages amount; Revise motion in limine; create table of contents and table of authorities for memo of law; draft R. Rasey declaration in support of motion in limine; draft notice of motion for motion in limine | WK | 7.70 | $295.00 | $2,271.50 |
| 07/25/15 | Revise and edit papers for motion in limine. | RLR | 1.50 | $495.00 | $742.50 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**
Telephone: (212) 687-6262
Facsimile: (212) 687-3667

Douglas Ferguson                                                                                     August 10, 2015

**Fees**

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/15 | Prepare motion in limine papers for filing and service to defendants' counsel; e-file motion in limine documents with SDNY; Email Joel MacMull re: application to file Ferrante deposition excerpts under seal; Review confidentiality agreement to determine method for filing confidential documents | WK | 2.50 | $295.00 | $737.50 |
| 07/28/15 | Review deposition transcripts for trial designations; review document productions and deposition exhibits for trial exhibits; draft pretrial order; draft and review emails with opposing counsel (J MacMull) re pretrial issues. | RLR | 3.20 | $495.00 | $1,584.00 |
| | Meeting with R. Rasey re: joint pre-trial order; Draft Joint Pre-Trial Order | WK | 5.00 | $295.00 | $1,475.00 |
| 07/29/15 | Review documents for trial exhibits, and draft pretrial order; telephone conference with opposing counsel (J MacMull) re pretrial issues, and draft and review emails re same. | RLR | 7.90 | $495.00 | $3,910.50 |
| | Organize and send plaintiff's document production to J. MacMull | WK | 2.00 | $295.00 | $590.00 |
| | Edit, format, and finalize letter to Joel MacMull, Esq. per W. Kang | IJ | 0.10 | $125.00 | $12.50 |
| 07/30/15 | Review document productions for trial exhibits, draft pretrial order, draft and review emails with opposing counsel re pretrial issues, research case law re trial issues. | RLR | 5.80 | $495.00 | $2,871.00 |
| 07/31/15 | Review document productions for trial exhibits; revise and edit pretrial order, and review case law re same; draft and review emails with opposing counsel re pretrial issues. | RLR | 2.90 | $495.00 | $1,435.50 |
| | Edit, format, and finalize letter to Joel MacMull, Esq. per R. Rasey | IJ | 0.10 | $125.00 | $12.50 |

**Total Fees:**                                                                                     **$45,104.50**

**Costs and Expenses**                                                                              Amount

| | | Amount |
|---|---|---|
| 07/27/15 | Pacer Service Center Computer Research | $16.10 |
| | Pacer Service Center Computer Research | $2.90 |
| | Thomson Reuters - West Computer Research | $98.42 |
| 07/31/15 | Postage | $8.25 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
Email: davaro@bartonesq.com
Web Page: www.bartonesq.com
Telephone: (212) 687-6262
Facsimile: (212) 687-3667

Douglas Ferguson
Managing Director
Email Only: douglas.ferguson@gmail.com
Pharos Security Limited
24 Greville Street

September 08, 2015

Client ID 880-001 REB
Invoice No. 20236

## Statement for period through August 31, 2015

**Legal Services Regarding:**     Settlement Agreement

**Fees**

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/15 | Review defendant's opposition to our motion in limine; prepare courtesy copies of motion in limine documents to be sent to Judge Caproni | WK | 1.50 | $295.00 | $442.50 |
| 08/04/15 | Review documents for trial exhibits; revise and edit pretrial order, and review case law re description of claims; review defendants' papers opposing motion in limine. | RLR | 7.40 | $495.00 | $3,663.00 |
| | Prepare courtesy copies of motion in limine documents to be sent to Judge Caproni; Meeting with R. Rasey re: pre-trial order strategy and damages calculation; Edit damages calculation to determine damages in GBP | WK | 2.20 | $295.00 | $649.00 |
| 08/05/15 | Review document productions for potential trial exhibits; revise and edit pretrial order. | RLR | 1.40 | $495.00 | $693.00 |
| | Discussion with R. Rasey re: claim for attorney's fees under Paragraph 12 of settlement agreement; verify standard to determine portion of legal fees attributable to defense against claim for fraudulent inducement; Send plaintiff's trial exhibit 73 to defendants' counsel; review SDNY courtroom technology information to find out how to show Catlett deposition video at trial | WK | 0.70 | $295.00 | $206.50 |
| 08/06/15 | Revise and edit draft pretrial order, draft and review emails with opposing counsel (J MacMull) and with client (D Ferguson) re same; review document productions for potential trial exhibits. | RLR | 3.90 | $495.00 | $1,930.50 |
| | Call SDNY tech services to schedule AV equipment for trial; Verify recent case law re: claim for attorney's fees under Paragraph 12 of settlement agreement; how courts determine portion of legal fees attributable to defense against claim for fraudulent inducement; review pleadings | WK | 7.60 | $295.00 | $2,242.00 |
| 08/07/15 | Revise, edit and finalize joint pretrial order, and confer with opposing counsel (J MacMull) by email and telephone re same; review parties' respective trial exhibits and deposition designations, and draft and respond to objections re same; finalize same for filing with Court. | RLR | 7.80 | $495.00 | $3,861.00 |

# Barton LLP

**420 Lexington Avenue**
**New York, NY 10170**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**
Telephone: (212) 687-6262
Facsimile: (212) 687-3667

Douglas Ferguson September 08, 2015

## Fees

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/15 | Obtain and arrange in ascending order Defendants trial exhibits. | RR | 1.00 | $125.00 | $125.00 |
| 08/10/15 | Draft proposed findings of fact and conclusions of law, review case law re same, and review trial exhibits and deposition transcripts re same; draft and review emails with client re same; revise pretrial order, confer by telephone with opposing counsel re same, and draft letter to court re same; confer with R Barton re case status. | RLR | 9.20 | $495.00 | $4,554.00 |
| | Review pretrial order; prepare copies of pretrial order to deliver to judge; office meeting with R. Rasey re: trial strategy, pretrial order and trial exhibits; call with J. MacMull re: calling Mike Broomfield as witness at trial; Prepare copies of pretrial order to deliver to judge; Prepare trial exhibit binder for judge | WK | 6.30 | $295.00 | $1,858.50 |
| | Prepare documents for Court. | RR | 1.60 | $125.00 | $200.00 |
| 08/11/15 | Draft proposed findings of fact and conclusions of law, review case law re same, and review trial exhibits and deposition transcripts re same; draft and review emails with client re same; review court's order on motion in limine, review case law cited therein, and confer with W Kang re same. | RLR | 9.80 | $495.00 | $4,851.00 |
| | Prepare electronic and hard copies of trial exhibits for delivery to judge; Review decision on motion in limine; Review case law cited in motion in limine decision re: reliance damages and draft memo for R. Rasey; Meeting with R. Rasey re: trial preparation | WK | 6.50 | $295.00 | $1,917.50 |
| 08/12/15 | Draft, revise, and edit proposed findings of fact and conclusions of law, review trial exhibits and deposition transcripts re same, confer by telephone with client re same, and draft and review emails re same; confer by telephone with opposing counsel re pretrial submissions; draft letter to court re amended joint pretrial order. | RLR | 11.20 | $495.00 | $5,544.00 |
| | Prepare proposed order authorizing R. Rasey to bring and use laptop at trial and email proposed order to judge's chambers | WK | 0.50 | $295.00 | $147.50 |
| 08/13/15 | Skype call with client (D Ferguson) re case status and trial preparation; draft and review emails with client, and with opposing counsel, re trial issues; review deposition transcripts and designated trial exhibits in preparation for trial, and draft outlines re same. | RLR | 5.80 | $495.00 | $2,871.00 |

# Barton LLP

### 420 Lexington Avenue
### New York, NY 10170
### Email: davaro@bartonesq.com
### Web Page: www.bartonesq.com
#### Telephone: (212) 687-6262
#### Facsimile: (212) 687-3667

Douglas Ferguson                                    September 08, 2015

**Fees**

| | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/13/15 | Review plaintiff's and defendants' proposed findings of fact and conclusions of law; Prepare cover letter to judge for courtesy copies of proposed findings of fact and conclusions of law; Deliver courtesy copies of proposed findings of fact and conclusions of law to judge's chambers; Discussion with R. Rasey re: attorney's fees for defendants' dismissed claim for fraudulent inducement | WK | 2.80 | $295.00 | $826.00 |
| 08/14/15 | Skype call with trial witness (M Broomfield); review defendants' proposed additions to trial exhibit list; draft and review emails with client (D Ferguson), and with opposing counsel re exhibits and trial issues; review materials in preparation for trial. | RLR | 4.00 | $495.00 | $1,980.00 |
| | Review legal bills to determine the amount of attorneys' fees we can claim under Section 12 of Settlement Agreement (fees related to defense against D's fraudulent inducement counterclaim); Draft email to J. MacMull stating that we object to filing Second Amended Joint PTO if it lists exhibits that we do not consent to | WK | 2.30 | $295.00 | $678.50 |
| 08/17/15 | Appear with W Kang for pretrial conference with Judge Caproni; review papers in preparation for same, and draft memo to client re same; draft and review emails, and telephone conference, with opposing counsel re trial exhibits and pretrial order; revise and edit pretrial order, and draft email to court re same. | RLR | 7.20 | $495.00 | $3,564.00 |
| | Meeting with R. Rasey re: trial exhibits; Prepare additional trial exhibit (exhibits to supplements discovery response); Prepare courtesy copies of trial exhibits to bring to court; Attend pre-trial conference | WK | 6.50 | $295.00 | $1,917.50 |
| | Create an Exhibit Binder for the trail conference tomorrow. | RR | 1.60 | $125.00 | $200.00 |
| 08/18/15 | Draft and review emails, and telephone conference, with opposing counsel re trial schedule, and draft letter to court re same; review court orders re trial; draft section of trial brief re extend of contract breach, and review file re same; draft witness examination outlines; skype conference with client re case status; telephone conference with witness (C Dooley). | RLR | 6.10 | $495.00 | $3,019.50 |
| | Review judge's order following pre-trial conference; Review letter from R. Rasey to court re: witness order; Draft brief re: reliance damages | WK | 4.20 | $295.00 | $1,239.00 |
| | Analyze and compile 2 trial binders. | RR | 2.00 | $125.00 | $250.00 |
| 08/19/15 | Draft witness exam outlines for trial, and review file and deposition transcripts re same; confer with W Kang re pretrial issues; review deposition video of S Catlett in preparation for trial. | RLR | 4.10 | $495.00 | $2,029.50 |

**Barton LLP**
**420 Lexington Avenue**
**New York, NY 10170**
Email: davaro@bartonesq.com
Web Page: www.bartonesq.com
Telephone: (212) 687-6262
Facsimile: (212) 687-3667

Douglas Ferguson                                                        September 08, 2015

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/15 | Meeting with R. Regalado re: trial binders of D's exhibits; Email to M. Hoffman and K. Rashbaum re: editing video deposition; Call with RVM re: editing video depositions; review Catlett video deposition and upload to Magna LS ftp site; Arrange for editing of Catlett video deposition with Magna; Draft brief re: reliance damages | WK | 3.10 | $295.00 | $914.50 |
| | Analyze and compile two trial binders | RR | 2.10 | $125.00 | $262.50 |
| 08/20/15 | Review edited video of S Catlett deposition for trial; draft and review emails with client (D Ferguson), and with opposing counsel, re trial issues; review materials for trial. | RLR | 5.10 | $495.00 | $2,524.50 |
| | Prepare revised exhibit index and send to chambers and prepare exhibit binders for use at trial; Review edited Catlett deposition video to ensure it contains all excerpts listed in joint PTO; Meeting with R. Rasey re: trial brief; Draft brief re: reliance damages | WK | 6.10 | $295.00 | $1,799.50 |
| | Trial preparation assistance. | RR | 1.80 | $125.00 | $225.00 |
| 08/21/15 | Draft emails and review emails with opposing counsel re trial issues. Skype call with client (D Ferguson) re trial issues; draft and revise witness examination outlines for trial, and review designated exhibits and transcripts re same. | RLR | 7.40 | $495.00 | $3,663.00 |
| | Draft brief re: reliance damages | WK | **5.00** | **$295.00** | **$1,475.00** |
| 08/23/15 | Review D. Ferguson deposition transcript | WK | 0.50 | $295.00 | $147.50 |
| 08/24/15 | Office conferences with R. Rasey re trial strategy and issues. | REB | 1.20 | $595.00 | $714.00 |
| | Meet with client (D Ferguson) for trial preparation; review documents for trial exhibits, and draft trial examination outlines. | RLR | 7.20 | $495.00 | $3,564.00 |
| | Meeting with R. Rasey re: trial preparation and trial motion; Emails to J. MacMull re: pretrial exhibits and Catlett video deposition; Draft brief re: reliance damages; Prepare marked exhibits for trial; meeting with R. Rasey and D. Ferguson re: trial preparation | WK | 4.80 | $295.00 | $1,416.00 |
| | Trial work preparation | RR | 2.00 | $125.00 | $250.00 |
| 08/25/15 | Meet with client (D Ferguson) for trial preparation; revise and edit pretrial memorandum, and finalize for filing; review file and case law re same; review documents for trial; revise and edit trial examination outlines. | RLR | 9.60 | $495.00 | $4,752.00 |

**Barton LLP**
**420 Lexington Avenue**
**New York, NY 10170**
**Email: davaro@bartonesq.com**
**Web Page: www.bartonesq.com**
**Telephone: (212) 687-6262**
**Facsimile: (212) 687-3667**

Douglas Ferguson                                                    September 08, 2015

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/15 | Call to SDNY Technology office to confirm video equipment for trial; Meeting with R. Rasey and D. Ferguson re: trial preparation; questioning re: damages; call with Elizabeth Martin; Review trial exhibits; Review Callett video deposition and try to shorten | WK | 7.00 | $295.00 | $2,065.00 |
| | Trial preparation assistance. | RR | 3.00 | $125.00 | $375.00 |
| 08/26/15 | Meet with client (D Ferguson) for trial preparation; revise and edit trial examination outlines, and review file and deposition transcripts re same; telephone conference with trial witness; review and prepare documents for trial exhibits. | RLR | 10.20 | $495.00 | $5,049.00 |
| | Review defendants' trial brief; meeting with R. Rasey re: trial preparation and damages calculations; Verify Federal Rules of Evidence re: demonstrative evidence and draft email to court requesting use of easel and flipboard; Prepare examination outline of D. Ferguson re: damages; Prepare transcripts and exhibits for trial | WK | 11.50 | $295.00 | $3,392.50 |
| | Trial Preparation Assistance. | RR | 10.00 | $125.00 | $1,250.00 |
| 08/27/15 | Appear in court for trial; review trial notes and draft exam outlines for following trial date. | RLR | 10.80 | $495.00 | $5,346.00 |
| | Appear at trial; Review M. Ferrante deposition transcript for possible impeachment at trial | WK | 11.50 | $295.00 | $3,392.50 |
| 08/28/15 | Appear in court for trial; review trial notes and prepare for following trial date. | RLR | 8.20 | $495.00 | $4,059.00 |
| | Appear at trial | WK | 6.80 | $295.00 | $2,006.00 |
| 08/29/15 | Draft cross-examination outline for defendant for trial, and review file re same. | RLR | 3.60 | $495.00 | $1,782.00 |
| 08/31/15 | Appear in court for third day of trial; review and organize trial documents at office. | RLR | 8.20 | $495.00 | $4,059.00 |
| | Appear at trial | WK | 7.50 | $295.00 | $2,212.50 |

**Total Fees:**                                                              **$108,156.00**

| Costs and Expenses | | Amount |
|---|---|---|
| 08/14/15 | FedEx Federal Express/ UPS | $9.42 |
| | FedEx Federal Express/ UPS | $9.42 |
| 08/24/15 | FedEx Federal Express/ UPS | $9.33 |